UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DAVID T. LONG, et al.,**<br><br>    **Plaintiffs,**<br><br>        v.<br><br>**HOWARD UNIVERSITY,**<br><br>    **Defendant.** | Civil Action No.  02-1374 (JDB) |

## ORDER

Upon consideration of [96] plaintiffs' motion for partial summary judgment and the entire record, and for the reasons stated in the memorandum opinion issued on this date, it is this <u>17th</u> day of <u>July</u>, 2006, hereby

**ORDERED** that the motion is **DENIED**; and it is further

**ORDERED** that the parties shall appear for a status conference with the Court at 9:00 a.m. on August 22, 2006.

<u>    /s/ John D. Bates        </u><br>
JOHN D. BATES<br>
United States District Judge

Copies to:

Harvey S. Williams
1666 Connecticut Avenue, NW, Suite 225
Washington, DC 20009
Email: hsw@williamslegal.com

   *Counsel for plaintiffs*

Phillip A. Lattimore, III
OFFICE OF THE GENERAL COUNSEL OF HOWARD UNIVERSITY
2400 Sixth Street, NW, Suite 321
Washington, DC  20059
Email: plattimore@howard.edu

*Counsel for defendant*