**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **DAVID T. LONG, et al.** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | )   Civil Action No. 02-1374 |
| | )                (JDB) |
| **HOWARD UNIVERSITY** | ) |
| | ) |
| **Defendant.** | ) |

**PLAINTIFFS' REVISED PROPOSED JURY INSTRUCTIONS**
**WITH AUTHORITIES**

Plaintiffs submit the attached revised proposed jury instructions, *see* Exh. 1, to replace the set filed on October 31, 2006. These revised instructions add supporting authority for plaintiffs' proposed jury instructions, divide previous Instruction No. 6 into four (4) separate instructions (No. 6 – Failure to Accommodate, No. 7 – Necessary Modification, No. 8 – Reasonable Accommodation and No. 9 – Defendant's Burden of Proof) and withdraw previous instruction No. 9 (Pretext). The previously submitted instructions should therefore be disregarded.

        Respectfully submitted,

        DAVID T. LONG AND KAREN LONG
        By Counsel


        */S/*
        Harvey S. Williams
        D.C. Bar No. 437147
        Law Office of Harvey S. Williams
        1666 Connecticut Avenue, N.W., Ste. 225
        Washington, D.C. 20009
        (202) 462-5900 (office)
        (202) 462-5904 (facsimile)

        Counsel for Plaintiffs

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a true and correct copy of the foregoing Plaintiffs' Revised Proposed Jury Instructions With Authorities was served by electronic filing this 3rd day of November, 2006, upon Phillip A. Lattimore, III, Senior Associate General Counsel, Office of the General Counsel Howard University, 2400 6th Street, N.W., Suite #320, Washington, D.C. 20059, Counsel for Defendant.

_/S/_
Harvey S. Williams
